**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Nikolaus W. Black Elk, | ) | Case No. 1:06-mj-006 |
| | ) | |
| Defendant. | ) | |

_____

The court **GRANTS** the government's request for leave to dismiss the complaint against the defendant pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

**IT IS SO ORDERED.**

Dated this 1st day of May, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge